UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH DONALD RAY, | ) | CV F- 07-0742 AWI DLB P |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| NYENKE, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint transferred to this court on May 21, 2007. The complaint appears to state cognizable claims for relief for deliberate indifference to a serious medical need in violation of the Eighth Amendment against the named defendant. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Nyenke.
2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.      Completed summons;

      b.      One completed USM-285 form for each defendant listed above; and

      c.      Two (2) copies of the endorsed complaint.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:    **February 15, 2008**            /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE