1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSEPH DONALD RAY,                          CASE NO. 1:07-cv-00742-AWI-DLB (PC)

                Plaintiff,       ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS IN FULL, AND
    v.                                    DISMISSING ACTION FOR PLAINTIFF'S
                                            FAILURE TO OBEY A COURT ORDER
NYENKE et al.,

                Defendants.
_____/

      Plaintiff Joseph Donald Ray, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On March 28, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen days.  Plaintiff has not filed timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The Findings and Recommendations, filed March 28, 2008, are adopted in full; and

1

2.    This action is dismissed for plaintiff's failure to obey the court's order of February 15, 2008.

IT IS SO ORDERED.

**Dated:    May 5, 2008**                              _____/s/ Anthony W. Ishii_____
                                                   UNITED STATES DISTRICT JUDGE